UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED PROPERTY & CASUALTY**
**INSURANCE COMPANY,**
**ALEJANDRO GONZALEZ and**
**HAYDEE CRUZ,**

      **Plaintiffs,**

v.                                                   **Case No:  6:14-cv-1987-Orl-41TBS**

**A&E FACTORY SERVICE, LLC and**
**SEARS, ROEBUCK & CO,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiffs' Motion for Leave to Amend (Doc. 5), which seeks to add a non-diverse Defendant. United States Magistrate Judge Thomas B. Smith submitted a Report and Recommendation on January 5, 2015, recommending that this Court deny Plaintiffs' Motion for Leave to Amend. (Doc. 19, at 1, 8). In doing so, Judge Smith also considered Plaintiffs' Memorandum in Support of Remand, wherein Plaintiffs argue that removal was untimely. (Doc. 12, at 10–12).

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 19) filed on January 5, 2015, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Motion for Leave to Amend (Doc. 5) is **DENIED**.

3. To the extent that Plaintiffs' Memorandum in Support of Remand (Doc. 12) requests that this case be remanded, that request is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on January 23, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record